848

No. 90–53. TUCKER *v.* BIEBER ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–55. ILLINOIS WINE & SPIRITS CO. *v.* COUNTY OF COOK, BUREAU OF ADMINISTRATION, ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 90–57. UNITED STATES FIDELITY & GUARANTY CO. ET AL. *v.* ST. JOHN MORTGAGE CO., INC. C. A. 3d Cir. Certiorari denied.

No. 90–58. SMITH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–59. CASKIE *v.* HECHINGER. C. A. 9th Cir. Certiorari denied.

No. 90–60. UNION TEXAS PETROLEUM CORP. ET AL. *v.* STATE SERVICE CO., INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–62. MANZO ET AL. *v.* MANZO ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 90–63. FLORAMERICA, S. A., ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 90–64. ALLMAN *v.* WESTMORELAND COAL CO. C. A. 4th Cir. Certiorari denied.

No. 90–65. GLASS, TRANSFEREE, ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 90–67. BUCKNER *v.* CITY OF HIGHLAND PARK, MICHIGAN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–72. BROWN ET VIR, INDIVIDUALLY AND AS NEXT FRIENDS OF BROWN ET AL., MINORS *v.* GRANATELLI, AS TRUSTEE OF TUNEUP MASTERS, INC., EMPLOYEE BENEFIT PLAN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–74. JACKSON *v.* HARVARD UNIVERSITY ET AL. C. A. 1st Cir. Certiorari denied.